

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00420-CV

Steven **ROBLES,**
Appellant

v.

Sally **ALBA** et. al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 090324241MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

By per curiam opinion dated July 10, 2019, this court dismissed this appeal because appellant did not file a notice of appeal within the time allowed by Texas Rule of Appellate Procedure 26.1 or file a notice of appeal or motion for extension of time to file a notice of appeal within the fifteen-day grace period provided by Rule 26.3. On September 12, 2019, appellant filed a "Notice of Defective Appeal," which we construe as an untimely motion for rehearing. The motion is DENIED.

It is so **ORDERED** on this 17th day of September, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court